USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRODIE, <br><br> Plaintiff, <br><br> -against- <br><br> ROWER, *et al.* <br><br> Defendants. | 25-cv-103 (ALC) <br><br> <u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' correspondence in connection with Defendants' request for a premotion conference in advance of their anticipated motion to dismiss Plaintiff's complaint. ECF Nos. 20-21. The Court **GRANTS** Defendants' request for a premotion conference. The Parties shall appear at a telephonic conference on Wednesday, April 23, 2025 at 3 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

Dated:   April 10, 2025
         New York, New York

*Andrew L. Carter*
**ANDREW L. CARTER, JR.**
**United States District Judge**