**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BRODIE,** | |
| **Plaintiff,** | **25-cv-103 (ALC)** |
| **-against-** | **ORDER** |
| **ROWER,** *et al.* | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

In light of Plaintiff's notice to the Court that he will file an Amended Complaint on Friday, April 25, 2025 (ECF No. 23), the Court hereby **ADJOURNS** the premotion conference set for Wednesday, April 23, 2025 at 3 p.m. Defendants may file a renewed request, if so desired, for a premotion conference after Plaintiff files the Amended Complaint.

**SO ORDERED.**

Dated:    **April 22, 2025**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**