UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRODIE,<br><br>Plaintiff,<br><br>-against-<br><br>ROWER, *et al.*<br><br>Defendants. | 25-cv-103 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' correspondence in connection with Defendants' request for a premotion conference in advance of their anticipated motion to dismiss Plaintiff's amended complaint. ECF Nos. 29-30. The Court **GRANTS** Defendants' request for a premotion conference. The Parties shall appear at a telephonic conference on Wednesday, June 4, 2025 at 2 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

Dated:   May 22, 2025
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**