**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BRODIE** | |
| **Plaintiff,** | |
| -against- | |
| **ROWER ET AL** | |
| **Defendants.** | |

**25-cv-103 (ALC)**

**ORDER TO RESPOND**

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the Second Circuit's new decision, *Bugliotti v. Republic of Argentina*, No. 24-2950, 2026 WL 643747 (2d Cir. Mar. 9, 2026), the Parties are ORDERED to address how, if at all, the claims in this case are impacted in a letter brief by March 13, 2026.

**SO ORDERED.**

Dated:  March 10, 2026
          New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**