**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **BRODIE**<br><br>      **Plaintiff,**<br><br>   **-against-**<br><br>**ROWER ET AL**<br><br>      **Defendants.** | **25-cv-103** (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to attend a telephonic conference on May 20, 2026 at 3 pm.

The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

Dated: May 1, 2026
   New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**