**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BRODIE**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**ROWER ET AL**<br><br>**Defendants.** | **25-cv-103 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants are ORDERED to respond to Plaintiff's August 17, 2026 letter by August 25, 2026.

**SO ORDERED.**

Dated: August 24, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**